JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIRGIL HARRY MCFARLAND,<br><br>            Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>            Defendant. | Case No. EDCV 18-1646 (SS)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Memorandum Decision and Order.

DATED: April 25, 2019

                                                    /S/
                                     SUZANNE H. SEGAL
                                     UNITED STATES MAGISTRATE JUDGE